ORIGINAL **CV 18 - 7419** RECEIVED

DEC 27 2018

PRO SE OFFICE

December 27, 2018

To the Clerk of the Court,

We are respectfully request that you allow us to file this Complaint under the Caption of I. & M. (Anonymous).

**KUNTZ, J.**

**GOLD, M.J.**

Reasonings are:

Religion

Protection of any retalliation against our children, due to the fact we reside in a insular Hasidic Jewish Community.

We have no other choice to do this due to the extensive denial of our due process rights in the State Courts.

Based that our children attend a private Hasidic School/Yeshiva and some of the defendants are affiliated with the school and the fear for retalliation and the effect it will have on their education & safety.

The Defendants have many resources throughout the community and it is their connection that has caused the lack of due process in the State Courts.

The above is true and correct to our understanding.

Sincerely,

96 Skillman Street #11
Brooklyn, New York 11205
(718) 855-6087