

**ISRAEL & MIRIAM SCHVIMMER**
**96 SKILLMAN STREET #11**
**BROKKLYN, NEW YORK 11205**
**718-855-6087**

**FILE NO. CV 18 – 7419**
**HONORABLE KUNTZ, J.**
**HONORABLE GOLD, M.J.**
**UNITED STATES DISTRICT COURT**
**225 CADMAN PLAZA EAST**
**BROOKLYN, NEW YORK 11201**

January 4, 2019

To the Clerk of the Clerk,

Plaintiffs, Israel & Miriam Schvimmer are respectfully requesting this Court to rescind our prior request dated December 27, 2018 seeking to file the complaint under Anonymous.

Sincerely,

Israel Schvimmer                    Miriam Schvimmer



1