**ORIGINAL**

Received
1/29/19
JJ

Israel & Miriam Schvimmer
96 Skillman #11, Brooklyn NY 11205
718-855-6087

January 24, 2019

## ISRAEL & MIRIAM SCHVIMMER
## 96 SKILLMAN STREET #11
## BROOKLYN, NEW YORK 11205
## 718-855-6087

January 24, 2019

ATT: Pro Se Office
United States District Court
For the
Eastern District Of New York
225 Cadman Plaza East
Room 118S
Brooklyn, New York 11201

Honorable Justice William F. Kuntz, II
United States District Judge

Israel Schvimmer & Miriam Schvimmer v. The Office of Court Administration et al.
18 Cv- 7419

Dear Honorable Judge Kuntz:

We the Plaintiffs in the above action are respectfully requesting permission and guidance to participate in the Electronic Court Filing (ECF) system.

Sincerely,

_____
Israel Schvimmer

_____
Miriam Schvimmer



RECEIVED
JAN 2 5 2019
PRO SE OFFICE