

# Azriel Katz

407 Marcy Ave. 4-A Brooklyn NY 11206,

t:347-392-796.  f: 718 640 1507.  e: akatz.int.gov.affairs.ny@gmail.com



January 28, 2019

The Honorable Judge William F. Kuntz, II
The Honorable Magistrate Judge Steven M. Gold
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Re:   Israel Schvimmer & Mirriam Scvimmer v. The Office of Court Administration, et
al.,                    CV-18-7419

Dear Honorable Judge Kuntz and Honorable Magistrate Judge Gold:

I represent myself in the above-reference action as a *pro se* defendant. I write pursuant to Section 3.B of Your Honor's Individual Motion Practices to request a pre-motion conference. I intend to file a motion to dismiss the Complaint filed by the Plaintiff for failure to state a claim upon which relief can be granted.  The plaintiff has failed to allege any specific acts by me to justify any claims against me.  Plaintiff's entire claims rests on  the statement that I" wrongfully aided in the separation of our minor child being placed outside our home and because he receives funding from the defendant NYC-ACS" See paragraph 36 of Plaintiff's complaint.  This general and conclusory statement is insufficient to sustain a cause of action against me.  For this reason, the Complaint should be dismissed with prejudice.

In the interest of brevity, and in accordance with Section 3.A of Your Honor's Individual Motion Practices limiting the length of pre-motion letters, this letter does not detail every individual basis for dismissal but does summarize my general bases for dismissal.

Accordingly, Dependable requests a pre-motion conference at a time suitable to the Court Should the Court determine that a pre-motion conference is unnecessary, I will promptly reach out to Plaintiff's tc discuss and submit an agreed motion briefing schedule for the Court's consideration.


Thank You for your consideration.

Azriel Katz

*Pro Se Defendant*