**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 11 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ISRAEL SCHVIMMER and MIRIAM
SCHVIMMER,

               Plaintiffs,

       v.

THE OFFICE OF COURT ADMINISTRATION, *et al.*,

               Defendants.
--------------------------------------------------------------X

**ORDER**
18-cv-7419 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

In response to her February 7, 2019 letter, defendant Sally Simone Markowitz is hereby directed to file a motion to request a pre-motion conference briefly stating the bases of her anticipated motion in accordance with this Court's individual rules by February 28, 2019. According to section III.B.1 of this Court's individual rules, a party must request a pre-motion conference with the Court before making any motion pursuant to Federal Rule of Civil Procedure 12 or 56. Should the Court grant a request for pre-motion conference, it will set an appropriate briefing schedule at the pre-motion conference.

                    **SO ORDERED.**

                    s/WFK

                 HON. WILLIAM F. KUNTZ, II
                 UNITED STATES DISTRICT JUDGE

Dated: February 8, 2019
       Brooklyn, New York

1