

**ZACHARY W. CARTER**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RACHEL K. MARCOCCIA**
Phone: (212) 356-2471
Fax: (212) 356-1148
Email: rmarcocc@law.nyc.gov

May 31, 2019

**VIA UPS OVERNIGHT DELIVERY**
David E. Oles, Esq.
Law Offices of David E. Oles
5755 North Point Parkway, Suite 25
Alpharetta, Georgia 30022

Re:  Israel Schvimmer, et al. v. The Office of Court Administration et al.,
18 Civ. 7419 (WFK) (SMG) (U.S. Dist. Ct., E.D.N.Y.)

Dear Counsel:

This office represents the following defendants in the above-captioned action: New York City Office of the Corporation Counsel, Airat Bakare-Adejobi, Kathy-Ann Best, Gwernan Buckner, Jonathan Caceres, Carmalita Cyrus, Chisaramokwu Chigewe, Beverly Drayton, Emmanuelle Flax, Cecily Francis, Wanda Fraser, David A. Hansell, Lottie Henderson, Grazyna Lorek, Karen McNeely, John Morgano, Ian Sangenito, Syndia Semexant, Sharon St. Hill, Rebecca Szewczuk, and Jeanette Vega (together, the "Municipal Defendants"). Enclosed please find the Municipal Defendants' Notice of Motion and accompanying Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Amended Complaint.

Sincerely,

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for the Municipal Defendants*
100 Church Street
New York, New York 10007
Ph: (212) 356-2471
Fax: (212) 356-1148
Email: rmarcocc@law.nyc.gov

By:  /s/  Rachel K. Marcoccia
Rachel K. Marcoccia
Senior Counsel

cc: Hon. William F. Kuntz, II (via ECF without enclosures),
All Other Counsel of Record and P*ro Se* Defendants
(via Regular Mail with enclosures)



## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6582

May 24, 2019

**BY OVERNIGHT MAIL**
David E. Oles, Sr.
Law Offices of David E. Oles
5755 North Point Parkway
Suite 25
Alpharetta, Georgia 30022
770-753-9995

Re:    Schvimmer v. The Office of Court Administration, et. al.
E.D.N.Y. No. 18-cv-7419 (WFK) (SMG)

Dear Counsel:

The New York State Office of the Attorney General represents the New York State
Office of Children and Family Services ("OCFS"), sued in the above-captioned action as the
"NYS Office of Children and Family Services." Enclosed please find OCFS's Notice of Motion
to Dismiss and accompanying Memorandum of Law in Support of its Motion to Dismiss.

Regards,

Samantha L. Buchalter
Assistant Attorney General

cc:    BY REGULAR MAIL
Rachel K. Marcoccia
Samantha Velez
Glen Feinberg
Harvey S. Jacobs
Rabbi Azriel Juda Katz
Sally Simone Markowitz
Pedro Morales, Jr.



**NEW YORK STATE**
Unified Court System
OFFICE OF COURT ADMINISTRATION

LAWRENCE K. MARKS
CHIEF ADMINISTRATIVE JUDGE

JOHN W. McCONNELL
COUNSEL

May 29, 2019

**BY OVERNIGHT DELIVERY**
**-- U.S. EXPRESS MAIL**

David E. Oles, Sr., Esq.
Law Offices of David E. Oles
5755 Northpoint Parkway, Suite 25
Alpharetta, Georgia 300022

Re:   **Schvimmer v. Office of Court Administration**
      18 CV 7419 (WFK) (SMG) (U.S. Dist. Ct., E.D.N.Y.)

Dear Mr. Oles:

We represent the defendant Office of Court Administration ("OCA") in the above-referenced action.

Enclosed please find the notice of OCA's motion to dismiss the amended complaint, supporting memorandum of law, and supporting declaration affidavit of Pedro Morales, all dated May 29, 2019, which we are serving upon your Office in connection with the above-referenced action.

Very truly yours,

Pedro Morales
Assistant Deputy Counsel

enclosures

cc:   Hon. William F. Kuntz II (by electronic case filing without enclosures)
      Rachel K. Marcoccia, Esq. (by first class mail with enclosures)
      Samantha Leigh Buchalter, Esq. (by first class mail with enclosures)
      Glen Feinberg, Esq. (by first class mail with enclosures)
      Harvey S. Jacobs, Esq. (by first class mail with enclosure)
      Sally Simone Markowitz (by first class mail with enclosures)
      Azriel Juda Katz (by first class mail with enclosures)
      Samantha Velez, Esq. (by first class mail with enclosures)

COUNSEL'S OFFICE • 25 BEAVER STREET, NEW YORK, NEW YORK 10004 • TEL: 212-428-2150 • FAX: 212-428-2155

## HARVEY S. JACOBS
### COUNSELOR AT LAW

**26 COURT STREET, BROOKLYN, NEW YORK 11242**
**718/237-9795**
**FAX 718/855-2057**

May 29, 2019

**BY OVERNIGHT MAIL**
David E. Oles, Sr.
Law Offices of David E. Oles
5755 North Point Parkway, Suite 25
Alpharetta, Georgia 30022
770-753-9995

> Re:    Schvimmer v. The Office of Court Administration. et. al.
>        E.D.N.Y. No. 18-cv-7419 (WFK) (SMG)

Dear Counsel:

HARVEY S. JACOBS, ESQ., represents the Defendant, HARVEY S. JACOBS, in the above-captioned action.

Enclosed please find JACOBS' Notice of Motion to Dismiss and accompanying Memorandum of Law in Support of his Motion to Dismiss.

Very truly yours,

HARVEY S. JACOBS

cc:    BY REGULAR MAIL
       Rachel K. Marcoccia
       Samantha Velez
       Glen Feinberg
       Samantha L. Buchalter
       Rabbi Azriel Juda Katz
       Sally Simone Markowitz
       Pedro Morales, Jr.



**Sally Simone Markowitz**
Counsellor At Law
26 Court Street
Suite 901
Brooklyn, NY 11242

TEL.: (718) 648-8200

FAX: (718) 852-5360

May 28, 2019

Oles Law Group
5755 Northpoint Parkway, Suite 25
Alpharetta, GA 30022
Attn: David Oles, Sr., Esq.

New York City Law Department
General Litigation Division
100 Church Street
New York, New York 10007
Attn: Rachel K. Marcoccia, Esq. and Mark Galen Toews, Esq.

New York State Office of Attorney General
28 Liberty Street
New York, New York 10005
Attn: Samantha Leigh Buchalter, Esq.

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, New York 10604
Attn: Glen Feinberg, Esq.

Rutherford & Christie, LLP
369 Lexington Avenue, 8th Floor
New York, New York 10017
Attn: Samantha Velez, Esq.

Office of Court Administration
25 Beaver Street
New York, New York 10004
Attn: Pedro Angel Morales, Jr.

Harvey Jacob, Esq.
26 Court Street, Suite 700
Brooklyn, New York 11242

Rabbi Azriel Juda Katz

407 Marcy Avenue, Apartment 4-A
Brooklyn, New York 11206

Re:    I & M (Anonymous) v. The Office of Court Administration, et. al.
       Civil Action No.: CV 18-7419

Dear Counselors and other Litigants:

I am a pro se litigant in the above-referenced action. Enclosed for service upon you, is a Notice of Motion, Affidavit and Memorandum of Law in Support of Motion to Dismiss, which seeks to dismiss the Complaint against me pursuant to Fed. R. of Civ. Proc. Rule 12(b)(1) and (6).

Please be advised that pursuant to the Court's order, Plaintiffs' response is due on August 2, 2019 and my reply is due on September 13, 2019.

Best,

Sally Simone Markowitz, Esq.



**RUTHERFORD & CHRISTIE** LLP
NEW YORK    ATLANTA

May 31, 2019

Oles Law Group
5755 North Parkway, Unit 25
Alpharetta, GA 30022
Attn: David Oles, Esq.

Re:    *Schvimmer v. The Office of Court Administration, et al.*
        Docket No.          :        CV-18-7419
        Our File No.        :        215.652

Dear Counsel:

We are attorneys for Ms. Billa Bendet, the court-appointed therapist for the infant child of Israel and Miriam Schvimmer. Enclosed please find a Notice of Motion, Affirmation with exhibits, and Memorandum of Law in support of our Motion to Dismiss.

Sincerely,

**RUTHERFORD & CHRISTIE, LLP**

Samantha Vélez

Samantha Vélez

cc:      All Defendants (via regular mail)

800 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10022-7649

T: (212) 599-5799  |  F: (212) 599-5162
WWW.RUTHERFORDCHRISTIE.COM

# Azriel Katz, Pro Se Defendant

May 31, 2019

RE: Schvimmer v. The Office of Court Administration, et. Al.
     E.D.N.Y. No. 18-cv-7419 (WFK)(SMG)

Dear Counsel,

      Azriel Katz, *pro se*, defendant has ~~filed and~~ SERVED enclosed a Notice of Motion to Dismiss, a Memorandum of Law in Support, and an Affirmation in Support.

Sincerely,

Azriel Katz

Cc: via regular mail

Rachel K. Marcocia
Samantha Velez
Glen Feinberg
Samantha Buchalter
Sally Simone Markovitz
Pedro Morales
Harvey Jacobs



May 31, 2019

**Glen Feinberg**
914.872.7218 (direct)
Glen.Feinberg@wilsonelser.com

**By OVERNIGHT MAIL**

David E. Oles, Sr.
Law Offices of David E. Oles
5755 North Point Parkway
Suite 25
Alpharetta, Georgia 30022

Re:     <u>Schvimmer v The Office of Court Administration et al, 18-cv-7419</u>

Dear Counsel:

We represent defendants, Nicholas Smith and Peter Hill in the above captioned action.  Enclosed please find defendants Smith and Hill's Notice of Motion to Dismiss and accompanying Memorandum of Law in Support of its motion to dismiss.

Sincerely,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Glen Feinberg*

Glen Feinberg

cc.     BY REGULAR MAIL
        Samantha Buchalter
        Rachel K. Marcoccia
        Samantha Velez
        Harvey S. Jacobs
        Rabbi Azriel Juda Katz
        Sally Simone Markowitz
        Pedro Morales, Jr.

1133 Westchester Avenue   •   White Plains, NY 10604   •   p 914.323.7000   •   f 914.323.7001

Alabama  •  Albany  •  Atlanta  •  Austin  •  Baltimore  •  Beaumont  •  Boston  •  Chicago  •  Dallas  •  Denver  •  Edwardsville  •  Garden City  •  Hartford  •  Houston
Indiana  •  Kentucky  •  Las Vegas  •  London  •  Los Angeles  •  Miami  •  Michigan  •  Milwaukee  •  Missouri  •  Nashville  •  New Jersey  •  New Orleans
New York  •  Orlando  •  Philadelphia  •  Phoenix  •  San Diego  •  San Francisco  •  Sarasota  •  Stamford  •  Virginia  •  Washington, DC  •  Wellington  •  White Plains

**wilsonelser.com**

7717550v.1