**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ISRAEL SCHVIMMER AND MIRIAM
SCHVIMMER,

                    Plaintiffs,

          - against -

THE OFFICE OF COURT
ADMINISTRATION; et al.

                    Defendants

**CIVIL ACTION**
File No.: 18-7419

**ORDER TO SHOW CAUSE**

---

Plaintiffs Israel and Miriam Schvimmer having filed their Memorandum of Law in Support of their Emergency Motion for Preliminary Injunction pursuant to Rule 65 of the Federal Rule of Civil Procedure requesting an order enjoining Defendants from interfering in their familial rights to association with their minor daughter, F███ Schvimmer, for the reasons set forth in their accompanying memorandum of law, it is ORDERED that the above named Defendants appear and show cause before this Court, at Room ____, United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on _____, 20___, at _____ o'clock in the ____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure granting the injunctive relief requested therein, and it is further ORDERED that a copy of this order, together with the papers upon which it is granted, be personally served upon the defendants through their designated counsel on or before the ____ day of _____, 2020.

Dated: _____

Brooklyn, New York

                                        _____
                                        Hon. William F. Kuntz, II
                                        United States District Judge

- 1 -

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISRAEL SCHVIMMER AND MIRIAM SCHVIMMER, | **CIVIL ACTION**<br>File No.: 18-7419 |
| Plaintiffs, | |
| - against - | **AFFIRMATION OF**<br>**DAVID E. OLES, ESQ.** |
| THE OFFICE OF COURT ADMINISTRATION; et al. | |
| Defendants | |

David E. Oles, Sr., makes the following affirmation in support of Plaintiffs request for an Order to Show Cause under the penalties of perjury:

1.     I, David E. Oles, Sr., am counsel *pro hac vice* to the plaintiffs in the above-titled action, and respectfully move this Court on behalf of my clients to issue an order enjoining the Defendants from further interference into the familial relationships of my client, and permitting them to reunite with their minor daughter F████, pending final disposition of a trial on the merits of the above-titled action.

2.     Plaintiffs are proceeding by order to show cause rather than by notice of motion because, as set forth with the accompanying affidavit of Miriam Schvimmer, the Plaintiffs' minor daughter F████ will reach the age of majority in May of 2020, and Plaintiffs have been threatened with removal of F████ from the country, and unless this matter is heard by this Court on an expedited basis Plaintiffs' fundamental right to association with their minor daughter, their right to due process of law, and their right to seek redress in the court will escape enforcement

and be rendered meaningless due to the passage of time, and the family relationship sundered permanently.

3.      Prior to filing this pleading I have contacted counsel for all Defendants by electronic mail and informed them that Plaintiff is seeking an emergency hearing on Plaintiff's Emergency Motion for Preliminary Injunction by Order to Show Cause and requested input on a proposed briefing schedule.  All counsel have responded, but none has offered comments, or an alternative briefing schedule.

4.      As set forth in Plaintiff's Emergency Motion for Preliminary Injunction, and accompanying affidavits of Miriam Schvimmer, Dr. Monty Weinstein, Dr. Richard Polumbo, and Dr. Carlos Rivera unless the preliminary injunction is issued, Plaintiff will suffer immediate and irreparable harm.  The harm to the familial relations cannot be adequately redressed by other available relief, because the parenting time being lost during the pendency of this case is lost forever and can never be reclaimed, the child will turn eighteen in May without any opportunity for therapeutic intervention to remedy the damage done by the separation, and the harm to the child will be permanent and continuing.  Based upon the facts and the law, the Plaintiffs are likely to prevail at trial, and the harm they are suffering is greater than any speculative harm to the interests of the Defendants.

Wherefore Plaintiffs respectfully request that the Court issue the preliminary injunction described herein and in Plaintiffs' Emergency Motion for Preliminary Injunction, as well as other and further relief as may be just and proper.

I declare under the pain and penalty of perjury that the information above is true and correct to the best of my knowledge.

Dated:  February 11, 2020

/s/ David E. Oles, Sr.
Attorney for Plaintiffs