**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ISRAEL SCHVIMMER AND MIRIAM
SCHVIMMER,

                                 Plaintiffs,

      - against -

THE OFFICE OF COURT
ADMINISTRATION; <u>et al</u>.

                              Defendants

---

**CIVIL ACTION**
File No.: 18-7419

**<u>NOTICE OF LEAVE OF ABSENCE</u>**

## <u>NOTICE OF LEAVE OF ABSENCE</u>

COMES NOW, David Oles, and respectfully notifies all Judges before whom he has cases pending all affected Clerks of Court, and opposing counsel, that he will be on temporary leave of absence. The period of leave during which time the Applicant will be away from practice is as follows:

-June 28th 2021 to July 2nd 2021

 

_____
David Edward Oles, Sr.
Georgia Bar No. 551544

5755 North Point Parkway Suite 25
Alpharetta, Georgia 30022
Tel: 770-753-9995

**CERTIFICATE OF SERVICE**

This is to certify that I have this day filed PLAINTIFFS' NOTICE OF LEAVE OF

ABSENCE, electronically with the Clerk of Court using the CM/ECF system, which will send an

electronic copy of the following to Defendants' attorneys of record as follows:

**Pedro Angel Morales , Jr**
Office of Court Admin
25 Beaver Street
New York, NY 10004
212-428-2150
Fax: 212-428-2155
Email: pmorales@courts.state.ny.us

**Hannah Sarokin**
New York City Law Department
General Litigation Division
100 Church Street
New York, NY 10007
212-356-2471
Email: hsarokin@law.nyc.gov

**Mark Galen Toews**
New York City Law Department
100 Church Street
New York, NY 10007
212-788-1281
Fax: 212-788-0877
Email: mtoews@law.nyc.gov

**Samantha Leigh Buchalter**
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-6582
Fax: 212-416-6009
Email: samantha.buchalter@ag.ny.gov

**Glen Feinberg**
Wilson, Elser, Moskowitz, Edleman & Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604
914-872-7218
Fax: 914-323-7001
Email: glen.feinberg@wilsonelser.com

**Harvey S. Jacobs**
Harvey S. Jacobs, Esq.
26 Court Street
Ste 700
Brooklyn, NY 11242
718-237-9795
Fax: 718-855-2057
Email: hsjacobsesq@gmail.com

**Samantha Velez**
Rutherford & Christie, LLP
800 Third Avenue
Ste 9th Floor
New York, NY 10022
212-599-5799
Fax: 212-599-5162
Email: sv@rutherfordchristie.com

In addition, I have served a copy via Electronic Mail to the following pro se parties:

**Sally Simone Markowitz**
26 Court Street
Suite 901
Brooklyn, NY 11201
718-648-8200
Fax: 718-852-5360
PRO SE
ssmbklyn@aol.com

**Azriel Juda Katz**
407 Marcy Ave
4-A
Brooklyn, NY 11206
PRO SE
akatz.int.gov.affairs.ny@gmail.com

This 1st day of June, 2021.

OLES LAW GROUP

DAVID E. OLES
Georgia Bar Number 551544
Attorney for Plaintiffs

5755 Northpoint Parkway
Suite 25
Alpharetta, Georgia 30022
Tel:    (770)753-9995
Fax:    (877)207-3883
firm@deoleslaw.com