**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ISRAEL SCHVIMMER AND MIRIAM
SCHVIMMER, individually and f/o/b I.S. A
MINOR CHILD.

                           Plaintiffs,

    - against -

THE OFFICE OF COURT
ADMINISTRATION; <u>et al</u>.

                         Defendants

**CIVIL ACTION**
File No.: 18-7419

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO**
**F.R.C.P. 41(a)(1)(A)(i)**

---

### <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Israel and Miriam Schvimmer, individually and f/o/b I.S. a minor child and their counsel, hereby give notice that Defendants: The Office of Court Administration, NYS Office of Children and Family Services, Johnathan Caceras, Chigewe Chisaramokwu, Jeanette Vega-Alvarez, Lorek Grazna, Sharon St. Hill, Emmanuelle Flax, NYC Office of the Corporation Counsel, in above-captioned action, are voluntarily dismissed as to all claims, without prejudice.

    This 22nd day of June, 2021

                                      _____
                                      David Edward Oles, Sr.
                                      Georgia Bar No. 551544

5755 North Point Parkway Suite 25
Alpharetta, Georgia 30022
Tel: 770-753-9995

**CERTIFICATE OF SERVICE**

This is to certify that I have this day filed NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO F.R.C.P. 41(a)(1)(A)(i), electronically with the Clerk of Court using the

CM/ECF system, which will send an electronic copy of the following to Defendants' attorneys of

record as follows:

**Pedro Angel Morales , Jr**
Office of Court Admin
25 Beaver Street
New York, NY 10004
212-428-2150
Fax: 212-428-2155
Email: pmorales@courts.state.ny.us

**Carolyn Kruk**
New York City Law Department
100 Church Street
New York, NY 10007
212-356-0893
Email: ckruk@law.nyc.gov

**Samantha Leigh Buchalter**
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-6582
Fax: 212-416-6009
Email: samantha.buchalter@ag.ny.gov

**Glen Feinberg**
Fullerton Beck LLP
One W. Red Oak Lane
White Plains, NY 10604
914-305-8634
Fax: 914-471-8868
Email: gfeinberg@fullertonbeck.com

**Harvey S. Jacobs**
Harvey S. Jacobs, Esq.
45 East 89 St. 12G
New York, New York 10128
718-237-9795
Fax: 718-855-2057
Email: hsjacobsesq@gmail.com

**Samantha Velez**
Rutherford & Christie, LLP
800 Third Avenue
Ste 9th Floor
New York, NY 10022
212-599-5799
Fax: 212-599-5162
Email: sv@rutherfordchristie.com

**Sally Simone Markowitz**
26 Court Street
Suite 901
Brooklyn, NY 11201
718-648-8200
Fax: 718-852-5360
PRO SE

ssmbklyn@aol.com

In addition, I have served a copy via Electronic Mail to the following pro se parties:

**Azriel Juda Katz**
407 Marcy Ave
4-A
Brooklyn, NY 11206
PRO SE

akatz.int.gov.affairs.ny@gmail.com

This 21st day of June, 2021.

OLES LAW GROUP


DAVID E. OLES
Georgia Bar Number 551544
Attorney for Plaintiffs

5755 Northpoint Parkway
Suite 25
Alpharetta, Georgia 30022
Tel:    (770)753-9995
Fax:    (877)207-3883
firm@deoleslaw.com