# OLES LAW GROUP

Tel: 770-753-9995 (Atlanta)
Fax: 877-207-3883

5755 Northpoint Parkway, Ste 25
Alpharetta, GA 30022

firm@deoleslaw.com
www.deoleslaw.com

August 27, 2021

Via First Class Mail

Azriel Juda Katz
407 Marcy Ave
4-A
Brooklyn, NY 11206

Re:    Schvimmer v. The Office of Court Administration, et al
       E.D.N.Y. No.: 18CV7419

Dear Rabbi Katz:

As you know, I represent the Plaintiffs, Israel Schvimmer and Miriam Schvimmer. This letter is being sent pursuant to Judge Chen's direction to notify you of the status of the case.

On June 21, 2021 Plaintiffs filed an Amended Complaint ("2nd Amended Complaint") and served a copy on all defendants, including yourself. On August 24, 2021 a status conference was held concerning letters sent by all other defendants seeking to file motions to dismiss the 2nd Amended Complaint. You were the only defendant not in attendance, and the only one not seeking to file a motion to dismiss.

Judge Chen approved the defendants to file their motions to dismiss, to be served on all parties by October 22, 2021, with responses due by December 6, 2021, and any replies due by December 20, 2021. Judge Chen encouraged all parties not to file the actual motions and responses until all replies have been served, and then file everything at one time according to this schedule. However,

Azriel Katz
August 27, 2021
Page 2

she directed that a cover letter be filed at the time concerning service of the motions and responses/replies. A copy of her Minute Order is attached to this letter.

If you have any questions about the contents of this letter, please feel free to contact me at the number above. Please remember, however, that I represent the Plaintiffs and I can give you no legal advice. If you have questions about the Minute Order, I encourage you to obtain your own legal counsel.

Sincerely,

David E. Oles, Esq.
GA Bar No. 551544

cc:    Israel Schvimmer
       Miriam Schvimmer
       All counsel of record (via ECF)

MINUTE ORDER OF 8/24/2021 CONCERNING MOTIONS TO DISMISS

Minute Entry and Order for proceedings held before Judge Pamela K. Chen: Pre-Motion Conference held on August 24, 2021, via telephone. Appearances by David Oles for Plaintiffs; Defendant Harvey Jacobs appearing *pro se*, Defendant Sally Simone Markowitz appearing *pro se*, Samantha Velez for Defendant Billa Tessler Bendet, Hannah Sarokin and Carolyn Kruk for Municipal and City Defendants, Brandon Berkowski for Defendants Peter Hill and Nicholas Smith, Shawn Schatzle for Defendants Coakley, Hopkins, and Randall. *Pro se* Defendant Azriel Juda Katz did not appear. Case called. Discussion held. The Court deemed Defendants Hill and Smith properly served with the 106 Second Amended Complaint ("SAC") pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and granted Defendants Hill and Smith leave to move to dismiss the SAC on grounds other than improper service. For the reasons stated on the record, the Court ordered that the stay of discovery will continue pending resolution of the forthcoming motions to dismiss. The Court directed Plaintiffs, **by August 31, 2021,** to file (1) a redline version of the SAC indicating changes from the previous version of the complaint, and (2) a letter to *pro se* Defendant Azriel Juda Katz informing him of the status of this case. The Court further ordered the following briefing schedule with respect to the numerous motions to dismiss: (1) The City and Municipal Defendants shall serve their motion on all parties **by October 8, 2021**; (2) all other Defendants shall serve their motions on all parties **by October 22, 2021**; (3) Plaintiffs shall serve their response(s) to the motions **by December 6, 2021**; (4) Defendants may serve their replies, if any, **by December 20, 2021**. All parties who appeared consented to service by e-mail. The Court stated that it will endeavor to resolve these motions by the end of January 2022. The Court encouraged the parties to file their motion papers only when the motions are fully briefed on December 20, 2021. The Court explained that if the parties follow this practice, the motions and all supporting papers are to be served on the other parties along with a cover letter setting forth whom the movants represent and the papers being served. Only a copy of the cover letter should be filed electronically, as a letter, not as a motion. On the day the motions are fully briefed, December 20, 2021, the parties shall electronically file their respective motion papers. (Court Reporter Denise Parisi.) (Irving, Louisa) (Entered: 08/24/2021)